PROB 12C  
(7/93)

Report Date: October 16, 2013

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Truk Vincent Carey          Case Number: 2:12CR00129-001; 2:12CR00130-001

Address of Offender: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Name of Sentencing Judicial Officer: The Honorable James A. Redden, U.S. District Judge (D/OR)  
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: January 9, 2003

| | |
|---|---|
| Original Offense: | Bank Burglary, 18 U.S.C. § 2113(a); 2:12CR00129-001 |
| | Felon in Possession of a Firearm; 18 U.S.C.. § 922 (g)(1) 2:12CR00130-001 |

| | | |
|---|---|---|
| Original Sentence: | Prison - 37 months;<br>TSR - 36 months;<br>2:12CR00129-001 | Type of Supervision: Supervised Release |
| | Prison - 63 months;<br>TSR - 36 months;<br>Consecutive<br>2:12CR00130-001 | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: November 23, 2010 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: November 22, 2013 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The offender shall refrain from any unlawful use of a controlled substance. The offender shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: Mr. Carey is currently under supervision with both the United States Probation Office and the Washington State Department of Corrections (DOC). On October 10, 2013, the offender submitted a positive urinalysis test for methamphetamine through the DOC. Mr. Carey admitted using methamphetamine on October 5, 2013, stating he was stressed because he got into a fight with his wife. |

Prob12C
**Re: Carey, Truk Vincent**
**October 16, 2013**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/16/2013

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Thomas O. Rice*

Signature of Judicial Officer
   October 17, 2013

Date